CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on November 15, 2018**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 13−17628−RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| Lazaro Lezcano<br>13451 SW 2 ST<br>Miami, FL 33184 | Maribel Lezcano<br>13451 SW 2 ST<br>Miami, FL 33184 |
| SSN: xxx−xx−0483 | SSN: xxx−xx−2924 |

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.